UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:20-00993-MSS-AEP

**WANDA KOEHN,**

    Plaintiff,

vs.

**HICKORY FARMS, LLC, a foreign limited liability company,**

    Defendant.

_____/

**CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

We hereby disclose the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any part in the case:

    a)    **Wanda Koehn – Plaintiff**

    b)    **Roderick V. Hannah, Esq. – Plaintiff's counsel**

    c)    **Roderick V. Hannah, Esq., P.A. – Plaintiff's counsel**

    d)    **Pelayo M. Duran, Esq. – Plaintiff's counsel**

    e)    **Law Office of Pelayo Duran, P.A. – Plaintiff's counsel**

    f)    **Hickory Farms, LLC – Defendant**

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None other than the persons and entities identified above.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wronged including every person who may be entitled to restitution:

**Plaintiff identified above.**

We hereby certify that, except as disclosed above, we are unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: May 13, 2020.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>8751 W. Broward Blvd., Suite 303<br>Plantation, FL 33324<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com<br><br>By   *s/ Roderick V. Hannah*   <br>       RODERICK V. HANNAH<br>       Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com<br><br>By   *s/ Pelayo M. Duran*   <br>       PELAYO M. DURAN<br>       Fla. Bar No. 0146595 |