UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WANDA KOEHN,**

    **Plaintiff,**

v.                                                                                    Case No: 8:20-cv-993-T-35AEP

**HICKORY FARMS, LLC,** a foreign
limited liability company,

    **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation for Dismissal with Prejudice, (Dkt. 22), and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter, except as otherwise specified in their settlement agreement.

The Parties also request that the Court retain jurisdiction to enforce the terms of the Parties' settlement agreement. The Court declines the Parties' specific request to retain jurisdiction. To the extent that court intervention is necessary to resolve any dispute concerning their settlement agreement after the case is finally resolved, an independent basis for jurisdiction would have to be established in order for such dispute to be resolved in this Court. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 378 (1994) ("Enforcement of the settlement agreement, however, whether through award of damages or decree of specific performance, is more than just a continuation or renewal of the

dismissed suit, and hence requires its own basis for jurisdiction."). This case shall remain **CLOSED**.

**DONE and ORDERED** in Tampa, Florida this 16th day of July, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party